PROB 12A
(6/16)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2021

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Raul Sardina Abundiz | Case Number: 0980 2:07CR02015-LRS-1 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: May 23, 2008 | Type of Supervision: Term of Supervised Release |
| Original Offense: Distribution of a Controlled Substance-Methamphetamine<br>21 U.S.C. § 841 (a)(1) | Date Supervision Commenced: March 29, 2019 |
| Original Sentence: Prison - 185 M; TSR - 60 M<br>Sentence Reduction: Prison - 160 M; TSR - 60 M<br>(10/16/2015) | Date Supervision Expires: March 28, 2024 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but not more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Raul Sardina Abundiz is considered to be in violation of his conditions of supervised release by consuming a controlled substance, methamphetamine and marijuana, on July 19 and 31, 2021.

On April 1, 2019, this officer met with Mr. Abundiz upon his release from custody. Mr. Abundiz reviewed and signed the judgment, which outlines the conditions of his term of supervised release.

On July 21, 2021, Mr. Abundiz reported to the probation office and submitted a urinalysis (UA) sample. The UA returned presumptive positive for the presence of methamphetamine and marijuana. Mr. Abundiz initially denied consuming any controlled substances; however, on August 4, 2021, Mr. Abundiz admitted to consuming methamphetamine on July 21, 2021.

On August 6, 2021, Mr. Abundiz reported to the probation officer and submitted a UA sample. The UA returned presumptive positive for the presence of methamphetamine and marijuana. After providing the positive UA sample, Mr. Abundiz admitted to consuming methamphetamine and marijuana on July 31, 2021.

Prob12A
**Re: Abundiz, Raul Sardina**
**October 5, 2021**
**Page 2**

**U.S. Probation Officer Action**:

It has been made clear to Mr. Abundiz that his behavior is unacceptable and he was in violation of his supervised release conditions for consuming controlled substances.

This officer used corrective action to address Mr. Abundiz's behavior.  He has become honest about his struggles and requests additional resources to address his addiction.  He was verbally reprimanded for making poor choices and encouraged to utilize cognitive skills to make better choices.

Mr. Abundiz completed a substance abuse evaluation at Merit Resource Services in Yakima, Washington, and has been participating in intensive outpatient treatment since August 18, 2021.  Mr. Abundiz is using resources to assist him with his addiction to controlled substances.  Since his admitted use of controlled substances in July 2021, there has been no evidence of continued use of controlled substances.

Based on the above-noted information, this officer recommends no action be taken at this time in order to afford Mr. Abundiz the opportunity to participate in outpatient substance abuse treatment. Should Mr. Abunidz return to consuming controlled substances, this officer will notify the Court and request scheduling of a hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:    October 5, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

[✓]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Signature of Judicial Officer

October 6, 2021
Date