PROB 12C
(6/16)

Report Date: September 1, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Sardina Abundiz          Case Number: 0980 2:07CR02015-LRS-1

Address of Offender: ▉▉▉▉ ▉▉▉▉▉ Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 23, 2008

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance-Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 185 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>October 16, 2015 | Prison - 160 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Michael D. Murphy | Date Supervision Commenced: March 29, 2019 |
| Defense Attorney: | Craig D. Webster | Date Supervision Expires: March 28, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On March 29, 2019, Raul Sardina Abundiz began his term of supervised release. On April 1, 2019, a probation officer reviewed the judgment with Mr. Abundiz; he acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Raul Abundiz is considered to be in violation of his conditions of supervised release by changing his address and failing to notify probation or on before July 20, 2022.

On July 20, 2022, this officer spoke with a family member of Mr. Abundiz. The family member reported Mr. Abundiz moved out of his listed address about 1 week prior and his family did not know where Mr. Abundiz is currently residing.

Prob12C
**Re: Abundiz, Raul Sardina**
**September 1, 2022**
**Page 2**

On July 22, 2022, this officer attempted to contact Mr. Abundiz by phone to inquire about him relocating. Mr. Abundiz did not answer his cellular phone and this officer left a voice message requesting a call back. Mr. Abundiz called this officer back in the evening of July 22, 2022, and left a voice message stating he is doing well; he did not mention moving to a new address.

This officer has attempted to contact Mr. Abundiz several times on his cellular phone since July 22, 2022. All calls have gone unanswered and Mr. Abundiz is not responding to this officer's attempts to contact him.

2   **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Raul Abundiz is considered to be in violation of his conditions of supervised release by failing to report to the probation office within the first 5 days of August 2022.

Mr. Abundiz failed to report to the probation office in the month of August 2022. On August 3, 2022, this officer left Mr. Abundiz a message on his cellular phone directing Mr. Abundiz to report by 10 a.m. on August 4, 2022. Mr. Abundiz failed to report as directed and failed to contact this officer to explain why he could not report.

3   **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of the treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Raul Abundiz is considered to be in violation of his conditions of supervised release by being unsuccessfully discharged on August 18, 2022, from substance abuse treatment at Triumph Treatment Services (Triumph).

On August 23, 2022, this officer received a discharge summary from Triumph. The discharge summary indicated Mr. Abundiz failed to show up for three outpatient treatment groups and is not willing to follow clinical directions. The discharge summary recommends Mr. Abundiz engage in a higher level of care.

4   **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Raul Abundiz is considered to be in violation of his conditions of supervised release by consuming a controlled substance, fentanyl, on or about July 22, 2022.

On July 22, 2022, Mr. Abundiz provided a drug test at Triumph. The drug test was sent to the laboratory for testing and it returned positive for the presence of fentanyl.

Prob12C
Re: Abundiz, Raul Sardina
September 1, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 1, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

September 1, 2022
Date