PROB 12C
(6/16)

Report Date: February 7, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Raul Sardina Abundiz | Case Number: 0980 2:07CR02015-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 23, 2008

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance-Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 185 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>October 16, 2015 | Prison - 160 months<br>TSR - 60 months | |
| Revocation Sentence:<br>January 26, 2023 | Prison - 16 days<br>TSR - 14 months | |
| Asst. U.S. Attorney: | Michael D. Murphy | Date Supervision Commenced: January 26, 2023 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: March 25, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On January 26, 2023, Raul Sardina Abundiz began his second term of supervised release. On January 31, 2023, a probation officer reviewed the revocation judgment with Mr. Abundiz; he acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Raul Abundiz is considered to be in violation of his conditions of supervised release by consuming a controlled substance, fentanyl, on or about February 6, 2023.<br><br>See violation number 3 for supporting evidence. |

Prob12C
**Re: Abundiz, Raul Sardina**
**February 7, 2023**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Raul Abundiz is considered in violation of his conditions of supervised release by allegedly driving under the influence, in violation of Revised Code of Washington (RCW) 46.61.502, on or about February 6, 2023.

See violation number 3 for supporting evidence.

3     **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Raul Abundiz is considered in violation of his conditions of supervised release by allegedly committing vehicular assault, in violation of RCW 46.61.522, on or about February 6, 2023.

A summary of the Yakima Police Department (YPD) incident report 23Y004101, reflects that on February 6, 2023, YPD responded to an unknown injury collision at the 700 block of South 6th Street, Yakima, Washington. YPD discovered Mr. Abundiz was driving a vehicle that hit an unoccupied parked 2010 Ford Econoline van, and the force of the collision pushed the van into another parked vehicle.

Several witnesses informed YPD the driver of the vehicle took off running after the collision. YPD contacted the passenger in the vehicle Mr. Abundiz was driving and the passenger explained that earlier in the evening Mr. Abundiz smoked fentanyl after not using controlled substances for 5 months. They went to Legends Casino in Toppenish, Washington, and when they left, she drove back to Yakima; however, she pulled over and asked Mr. Abundiz to drive because she was starting to get tired.

The passenger was transported by ambulance to the hospital after she was complaining of chest and back pain. It was later determined the passenger had two broken ribs as a result of the accident. According to the RCW 46.61.522, broken/fractured ribs are substantial bodily harm, and substantial bodily harm is required for a vehicular assault to be charged.

YPD was able to locate Mr. Abundiz near the scene of the accident and arrested him for driving under the influence. YPD observed a red seatbelt mark across his left shoulder/chest area indicating he was driving at the time of the collision. Mr. Abunidz' eyelids were droopy and he could hardly open his eyes. He was sweating profusely and appeared to be drowsy. Based on a YPD officer's training and experience, Mr. Abundiz appeared to be under the influence of narcotics. Mr. Abundiz denied consuming any controlled substances and stated he is taking suboxone.

YPD secured a warrant for Mr. Abundiz' blood, and a blood draw was completed approximately 4 hours after the accident. Blood results were sent to the laboratory for testing. As of a result of the accident, Mr. Abuniz fractured seven ribs and is fortunate he did not sustain more significant injuries. At the time of this petition, Mr. Abundiz is still in the hospital receiving care for his injuries.

Prob12C
**Re: Abundiz, Raul Sardina**
**February 7, 2023**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

February 8, 2023

Date