PROB 12C
(6/16)

Report Date: March 13, 2024

**United States District Court**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

**Mar 14, 2024**

**Eastern District of Washington**

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Raul Sardina Abundiz                Case Number: 0980 2:07CR02015-SAB-1

Address of Offender: ████████████, Yakima, Washington, incarcerated at the Yakima County Jail

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 23, 2008

Original Offense:        Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:        Prison - 185 months        Type of Supervision: Supervised Release
                          TSR - 60 months

Sentence Reduction:       Prison - 160 months
October 16, 2015          TSR - 60 months

Revocation Sentence:      Prison - 16 days
January 26, 2023          TSR - 14 months

Asst. U.S. Attorney:      Michael D. Murphy          Date Supervision Commenced: January 26, 2023

Defense Attorney:         Federal Defenders           Date Supervision Expires: Tolling

---

**PETITIONING THE COURT**

To incorporate the alleged violation with the violations previously reported to the Court on February 7, 2023.

On January 26, 2023, Raul Sardina Abundiz began his second term of supervised release.  On January 31, 2023, a probation officer reviewed the revocation judgment with Mr. Abundiz; he acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Raul Abundiz is considered in violation of his conditions of supervised release by being charged with Distribution of Fentanyl and Methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1),(b)(1)(B)(vi) and (a)(1),(b)(1)(A)(viii) on or about August 21, and September 18, 2023.

According to the indictment for 1:24CR02013-SAB-1, on or about August 21, 2023, Mr. Abundiz did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

Prob12C
**Re: Abundiz, Raul Sardina**
**March 13, 2024**
**Page 2**

On September 18, 2023, Mr. Abundiz did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl. Additionally, on the same date, Mr. Abundiz did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine.

The U.S. Probation Office respectfully recommends the Court incorporates the alleged violation with the violations previously reported to the Court on February 7, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 13, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

3/14/2024

Date